# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA HUMPHREYS, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**AUTO INSURANCE SPECIALISTS, LLC,**<br><br>Defendant. | Case No.: 3:17-cv-01498-DMS-JMA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Having considered the Parties' joint motion for dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2018

_____
Hon. Dana M. Sabraw
United States District Judge